**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

No. 19-1206

KEVIN JAVIER RIVERA-GUEVARA,

Petitioner,

v.

WILLIAM P. BARR,
UNITED STATES ATTORNEY GENERAL,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

Before

Howard, Chief Judge,
Selya and Lynch, Circuit Judges.

Kevin P. MacMurray and MacMurray & Associates on brief for petitioner.

Keith I. McManus, Assistant Director, Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Joseph H. Hunt, Assistant Attorney General, Civil Division, and Claire L. Workman, Senior Litigation Counsel, Office of Immigration Litigation, on brief for respondent.

August 19, 2020

**PER CURIAM.** The dispositive issue in this case — whether a Notice to Appear that fails to include the time and place of a removal hearing is ineffective as a charging document and therefore does not confer jurisdiction on an immigration court — is controlled by the court's recent decision in <u>Goncalves Pontes</u> v. <u>Barr</u>, 938 F.3d 1 (1st Cir. 2019). Under the holding in <u>Goncalves Pontes</u>, <u>see</u> <u>id.</u> at 5-7, the petitioner's claims necessarily fail. Accordingly, we summarily deny the petition for judicial review. <u>See</u> 1st Cir. R. 27.0(c).

**So ordered**.